IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN KERWIN,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : 14-5159 |
| **CAGE FURY FIGHTING** | : |
| **CHAMPIONSHIPS, et. al.** | : |
| | : |
| **Defendant.** | : |

## ORDER

**AND NOW**, this 20th day of August 2015, upon consideration of defendants' motion for summary judgment, doc. no. 83, and plaintiff's response thereto, doc. no. 89, **IT IS HEREBY ORDERED** that:

1. The motion for summary judgment, doc. no. 83, is **GRANTED in part**.

2. Xtreme Caged Combat is **DISMISSED with prejudice** as a party to this action.

3. The motion for summary judgment, doc. no. 83, is otherwise **DENIED without prejudice**.

4. The caption is amended as reflected above.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.