# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN KERWIN,** | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| **CAGE FURY FIGHTING CHAMPIONSHIPS, et al.,** | : NO. 14-5159 |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 17th day of November, 2015, upon consideration of the plaintiff's motion for recusal (Doc. No. 110), defendant Valley Forge Casino's response (Doc. No. 124) and defendant Chester Downs & Marina's response (Doc. No. 128), **IT IS HEREBY ORDERED** that the plaintiff's motion (Doc. No. 110) is **DENIED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.